IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

WANDA J. MEDINA,                                    10-CV-404-PK

        Plaintiff,                              ORDER

v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

        Defendant.


**JAMES S. COON**
Swanson Thomas & Coon
820 S.W. Second Avenue
Suite 200
Portland, OR 97204
(503) 228-5222

        Attorneys for Plaintiff

**DWIGHT HOLTON**
United States Attorney
**ADRIAN L. BROWN**
Assistant United States Attorney
1000 S.W. Third Avenue, Suite 600
Portland, OR  97204
(503) 727-1000

1  - ORDER

**DAVID MORADO**
Office of the General Counsel
**WILLY M. LE**
Special Assistant United States Attorney
701 Fifth Avenue, Suite 2900 MS/221A
Seattle, WA  98104
(206) 615-2531

      Attorneys for Defendant

**BROWN, Judge.**

    Magistrate Judge Paul Papak issued Findings and Recommendation (#21) on April 18, 2011, in which he recommends this Court affirm the Commissioner's decision denying Plaintiff's application for disability insurance benefits and supplemental security income.  The matter is now before this Court pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b).

    Because no objections to the Magistrate Judge's Findings and Recommendation were timely filed, this Court is relieved of its obligation to review the record *de novo*.  *United States v.* Reyna-Tapia, 328 F.3d 1114, 1121 (9th Cir. 2003)(*en banc*).  *See also* United *States v. Bernhardt*, 840 F.2d 1441, 1444 (9th Cir. 1988). Having reviewed the legal principles *de novo*, the Court does not find any error.

## CONCLUSION

    The Court **ADOPTS** Magistrate Judge Papak's Findings and

2 - ORDER

Recommendation (#21).  Accordingly, the Court **AFFIRMS** the Commissioner's decision and **DISMISSES** this matter **with prejudice**.

IT IS SO ORDERED.

DATED this 13th day of June, 2011.


/s/ Anna J. Brown
_____
ANNA J. BROWN
United States District Judge

3 - ORDER