IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **WANDA J. MEDINA,** | 10-CV-404-PK |
|     Plaintiff, | JUDGMENT |
| v. | |
| **MICHAEL J. ASTRUE,**<br>**Commissioner of Social**<br>**Security,** | |
|     Defendant. | |

    Based on the Court's Opinion and Order (# 23 ) issued June 13, 2011, the Court **AFFIRMS** the Commissioner's final decision and **DISMISSES** this matter.

    DATED this 13th day of June, 2011.

                                                      /s/ Anna J. Brown

                                                      ANNA J. BROWN<br>                                                      United States District Judge

1 - JUDGMENT